October 8, 2014

Ms. Melody Stoops
124 Hemlock Road
Flinton,  PA  16640

United States District Court
Western District of Pennsylvania
Attention:  Keith A. Pesto
Penn Traffic Building
Room 208
319 Washington,  Street
Johnstown,  PA  15901

      RE:    Civil Action No.  314-CV-184

TO WHOM IT MAY CONCERN:

Please kindly dismiss the above referenced case.  Thank you for your assistance.

Melody Stoops